# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE,<br><br>              **Plaintiff,**<br>v.<br><br>CBHH, LLC, et al.,<br><br>              **Defendants** | No. 2:19-cv-00015-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 12) filed July 1, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that this Court finds that the amount in controversy is insufficient to meet the requisite jurisdictional minimum of $75,000; therefore, this Court lacks subject matter jurisdiction in this case. Accordingly, it is **ORDERED** that this case is **REMANDED** to state court, and the Defendants' Motion to Dismiss is **MOOT**.

                                                                               /s/ George Z. Singal
                                                                               United States District Judge

Dated this 24th day of July, 2019.